Case 3:15-cv-01882-M Document 1-3

US00D617836S

## (12) United States Design Patent
### Jedlicka

(10) Patent No.: **US D617,836 S**
(45) Date of Patent: ⁎⁎ **\*Jun. 15, 2010**

(54) **PORTABLE SIGN WITH PARTIAL MESH SIDE PANELS**

(75) Inventor: **Maya P. Jedlicka**, Plano, TX (US)

(73) Assignee: **DBK Holdings, LLC**, Dallas, TX (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/315,155**

(22) Filed: **Jun. 1, 2009**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 12/151,705, filed on May 8, 2008, and a continuation-in-part of application No. 11/999,437, filed on Dec. 5, 2007.

(51) **LOC (9) Cl.** .................................................. **20-03**
(52) **U.S. Cl.** ...................................... **D20/10**; D10/109
(58) **Field of Classification Search** .................. D20/10, D20/17, 19, 25, 29–33, 42, 99; 40/538–542, 40/584, 603, 610, 617, 624; D10/104, 109, D10/113; 116/63 C, 63 P
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,090,783 A | 8/1937 | Chinn |
| 3,200,786 A | 8/1965 | Swezy et al. |
| D216,843 S | 3/1970 | Lew |
| 3,777,428 A | 12/1973 | Caufield |
| 4,256,050 A | 3/1981 | Barnard |
| 4,426,801 A | 1/1984 | Gates |
| D273,095 S | 3/1984 | Schulze |
| 4,462,145 A | 7/1984 | Schulze |
| 4,705,251 A | 11/1987 | Samuelsson |
| 4,815,784 A | 3/1989 | Zheng |
| 5,038,812 A | 8/1991 | Norman |
| 5,090,349 A | 2/1992 | Wilson |
| 5,115,343 A | 5/1992 | Bennett |
| D329,016 S | 9/1992 | Scarpa et al. |

(Continued)

*Primary Examiner*—Janice E Seeger
*Assistant Examiner*—Mary Ann Calabrese

(57) **CLAIM**

The ornamental design for a portable sign with partial mesh side panels, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a new, original and ornamental design for a portable sign with partial mesh side panels in accordance with the present disclosure;

FIG. **2** is a front elevation view of a portable sign with partial mesh side panels shown in FIG. **1**;

FIG. **3** is a right side elevation view of a portable sign with partial mesh side panels shown in FIG. **1**;

FIG. **4** is a left side elevation view of a portable sign with partial mesh side panels shown in FIG. **1**;

FIG. **5** is a rear elevation view of a portable sign with partial mesh side panels shown in FIG. **1**;

FIG. **6** is a top plan view of a portable sign with partial mesh side panels shown in FIG. **1**; and,

FIG. **7** is a bottom plan view of a portable sign with partial mesh side panels shown in FIG. **1**.

All features shown by broken lines represent unclaimed portions of the design.

**1 Claim, 5 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 5,199,375 A | 4/1993 | Johson | |
| 5,213,147 A | 5/1993 | Zheng | |
| 5,225,254 A | 7/1993 | Foulke | |
| 5,273,142 A | 12/1993 | Weber | |
| 5,301,705 A | 4/1994 | Zheng | |
| D350,368 S * | 9/1994 | Steinwachs et al. | D20/10 |
| 5,358,440 A | 10/1994 | Zheng | |
| 5,452,934 A | 9/1995 | Zheng | |
| 5,467,794 A | 11/1995 | Zheng | |
| 5,560,385 A | 10/1996 | Zheng | |
| D375,421 S | 11/1996 | Weiner | |
| 5,579,799 A | 12/1996 | Zheng | |
| 5,618,246 A | 4/1997 | Zheng | |
| D381,051 S | 7/1997 | Zheng | |
| 5,664,596 A | 9/1997 | Zheng | |
| D390,897 S | 2/1998 | Wade | |
| 5,722,446 A | 3/1998 | Zheng | |
| 5,778,915 A | 7/1998 | Zheng | |
| 5,816,279 A | 10/1998 | Zheng | |
| 5,816,954 A | 10/1998 | Zheng | |
| 5,845,697 A | 12/1998 | Zheng | |
| 5,860,237 A | 1/1999 | Johnson | |
| 5,901,926 A | 5/1999 | Zheng | |
| 5,941,265 A | 8/1999 | Zheng | |
| 5,950,969 A | 9/1999 | Bennett et al. | |
| 5,975,101 A | 11/1999 | Zheng | |
| 6,006,772 A | 12/1999 | Zheng | |
| 6,030,300 A | 2/2000 | Zheng | |
| 6,032,685 A | 3/2000 | Zheng | |
| 6,045,093 A | 4/2000 | Zheng | |
| 6,073,283 A | 6/2000 | Zheng | |
| 6,073,643 A | 6/2000 | Zheng | |
| 6,082,386 A | 7/2000 | Zheng | |
| 6,092,544 A | 7/2000 | Zheng | |
| 6,098,349 A | 8/2000 | Zheng | |
| 6,119,621 A | 9/2000 | Johnson | |
| 6,138,701 A | 10/2000 | Zheng | |
| 6,155,281 A | 12/2000 | Zheng | |
| 6,192,635 B1 | 2/2001 | Zheng | |
| 6,209,557 B1 | 4/2001 | Zheng | |
| 6,220,265 B1 | 4/2001 | Zheng | |
| 6,243,958 B1 | 6/2001 | Ringley, Jr. | |
| 6,264,573 B1 | 7/2001 | Zheng | |
| 6,266,904 B1 | 7/2001 | Zheng | |
| 6,267,128 B1 | 7/2001 | Zheng | |
| 6,267,129 B1 | 7/2001 | Zheng | |
| 6,269,826 B1 | 8/2001 | Zheng | |
| 6,273,368 B1 | 8/2001 | Zheng | |
| 6,289,910 B1 | 9/2001 | Zheng | |
| 6,305,396 B1 | 10/2001 | Zheng | |
| 6,318,394 B1 | 11/2001 | Zheng | |
| 6,325,086 B1 | 12/2001 | Shinner et al. | |
| 6,357,510 B1 | 3/2002 | Zheng | |
| 6,360,760 B1 | 3/2002 | Louie et al. | |
| 6,360,761 B1 | 3/2002 | Zheng | |
| 6,390,111 B2 | 5/2002 | Zheng | |
| 6,408,461 B2 | 6/2002 | Zheng | |
| 6,449,147 B2 | 9/2002 | Zheng | |
| 6,450,464 B1 | 9/2002 | Thomas | |
| 6,453,923 B2 | 9/2002 | Zheng | |
| 6,460,556 B2 | 10/2002 | Zheng | |
| 6,461,257 B2 | 10/2002 | Zheng | |
| 6,481,451 B1 | 11/2002 | Zheng | |
| 6,491,052 B1 | 12/2002 | Zheng | |
| 6,494,224 B2 | 12/2002 | Zheng | |
| 6,499,498 B1 | 12/2002 | Zheng | |
| 6,560,095 B1 | 5/2003 | Zheng | |
| 6,571,410 B2 | 6/2003 | Zheng | |
| 6,575,185 B2 | 6/2003 | Zheng | |
| 6,581,313 B1 | 6/2003 | Zheng | |
| 6,604,537 B2 | 8/2003 | Zheng | |
| 6,668,847 B2 | 12/2003 | Zheng | |
| 6,684,894 B2 | 2/2004 | Zheng | |
| 6,694,994 B1 | 2/2004 | Zheng | |
| 6,698,441 B1 | 3/2004 | Zheng | |
| 6,705,338 B2 | 3/2004 | Zheng | |
| 6,714,407 B2 | 3/2004 | Zheng | |
| 6,736,152 B2 | 5/2004 | Zheng | |
| 6,736,740 B2 | 5/2004 | Zheng | |
| 6,752,163 B2 | 6/2004 | Zheng | |
| 6,758,003 B2 | 7/2004 | Zheng | |
| 6,766,815 B2 | 7/2004 | Zheng | |
| 6,848,460 B2 | 2/2005 | Zheng | |
| 6,851,439 B2 | 2/2005 | Zheng | |
| 6,856,504 B2 | 2/2005 | Zheng | |
| 6,881,114 B2 | 4/2005 | Zheng | |
| 6,901,940 B2 | 6/2005 | Zheng | |
| 6,908,353 B2 | 6/2005 | Zheng | |
| 6,926,020 B2 | 8/2005 | Zheng | |
| 6,928,951 B2 | 8/2005 | Huang | |
| 6,928,952 B2 * | 8/2005 | Garcia | 116/63 C |
| D514,463 S | 2/2006 | Levine | |
| D514,747 S | 2/2006 | Bertoli et al. | |
| 7,003,908 B2 * | 2/2006 | Bober et al. | 40/610 |
| 7,031,147 B2 | 4/2006 | Zheng | |
| 7,047,681 B2 | 5/2006 | Perelli et al. | |
| 7,048,654 B2 | 5/2006 | Zheng | |
| 7,073,523 B2 | 7/2006 | Zheng | |
| 7,080,653 B2 | 7/2006 | Zheng | |
| D558,832 S | 1/2008 | Jedlicka | |
| D559,140 S | 1/2008 | Hilton | |
| 2004/0107619 A1 | 6/2004 | Perelli et al. | |
| 2004/0231214 A1 | 11/2004 | Bober et al. | |
| 2007/0107286 A1 | 5/2007 | Jedlicka | |
| 2008/0209785 A1 * | 9/2008 | Jedlicka | 40/610 |
| 2009/0025265 A1 * | 1/2009 | Jedlicka | 40/610 |
| 2009/0158628 A1 * | 6/2009 | Ashley | 40/541 |

* cited by examiner



*FIG. 1*



*FIG. 3*

*FIG. 2*



*FIG. 4*

*FIG. 5*



FIG. 6



*FIG. 7*